```
                          FILED
                 CLERK, U.S. DISTRICT COURT

                      OCT 15 2021

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY              MBA       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:19-cr-00043-JLS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| GUSTAVO MONTANO, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current allegations, including allegations of illegal drug possession, prior violations, history of substance abuse; criminal history, including several prior violations of probation/parole_

1     and

2 B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3     convincing evidence that he is not likely to pose a danger to the safety of any other
4     person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
5     based on: *nature of current allegations, including allegations of illegal drug possession, prior*
6     *violations, history of substance abuse; criminal history, including several several prior violations of*
7     *probation/parole*

9     IT THEREFORE IS ORDERED that the defendant be detained pending further
10 revocation proceedings.

12 Dated: 10-15-21

JOHN D. EARLY
United States Magistrate Judge

2