FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2023
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GUSTAVO MONTANO,<br><br>　　　　　　Defendant. | Case No. SA CR 19-00043-FWS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

　　　The defendant having been appeared pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

　　A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

　　　*Instant allegations; prior violations; criminal history.*

　　　and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Instant allegations; criminal history; prior violations.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 8-28-2023

DOUGLAS F. McCORMICK
United States Magistrate Judge